**DISMISS; and Opinion Filed November 18, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00991-CV

## CARNEGIE HOMES & CONSTRUCTION, LLC AND ARPAN GUPTA A/K/A RAM A. GUPTA, Appellants
## V.
## FLOOR AND DECOR OUTLETS OF AMERICA, INC., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04049**

## MEMORANDUM OPINION
Before Justices FitzGerald, Lang, and Fillmore
Opinion by Justice Fillmore

The Court has before it appellants' November 14, 2013 motion to dismiss the appeal.

Appellants state that all issues between the parties have been fully and finally compromised and

settled. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

130991F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CARNEGIE HOMES & CONSTRUCTION, LLC AND ARPAN GUPTA A/K/A RAM A. GUPTA, Appellants

No. 05-13-00991-CV     V.

FLOOR AND DECOR OUTLETS OF AMERICA, INC., Appellee

On Appeal from the 298th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-13-04049.
Opinion delivered by Justice Fillmore,
Justices FitzGerald and Lang participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. Subject to any agreement between the parties, we **ORDER** that appellee Floor and Decor Outlets of America, Inc. recover its costs of this appeal, if any, from appellants Carnegie Homes & Construction, LLC and Arpan Gupta a/k/a Ram A. Gupta.

Judgment entered this 18th day of November, 2013.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE